## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANNETTE DUFFY, Independent Administrator of the Estate of RUTH E. SCHUDA, Deceased, | ) ) ) |
| Plaintiff, | ) Case No. ) ) Judge |
| v. | ) ) |
| IDEAVILLAGE PRODUCTS CORPORATION, a foreign corporation, | ) ) ) |
| Defendant. | ) |

## **DEFENDANT IDEAVILLAGE PRODUCTS CORP.'S PETITION FOR REMOVAL**

To the Judges of the United States District Court for the Northern District of Illinois.

1. IDEAVILLAGE PRODUCTS CORP. is a named defendant in a civil action brought in the Circuit Court of Cook County, State of Illinois, entitled <u>Annette Duffy, Independent Administrator of the Estate of Ruth E. Schuda, Deceased, v. IdeaVillage Products Corp., a foreign corporation</u>, docket number 17 L 11292. There are no other named defendants in said matter. A copy of the Summons and Complaint in that action is attached hereto as Exhibit "1" and constitutes all process, pleadings and orders served on Defendant to date in such action, case number 17 L 11292, on that Court's docket.

2. The above-described action was commenced by service of process consisting of personal service of said Summons and Complaint upon registered agent, CT Corporation System, of Defendant IdeaVillage Products Corp. on or about December 4, 2017.

3. The above-described civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332 is one which may be removed by this Court by the Defendant

pursuant to the provisions of 28 U.S.C. §§1441 and 1446, in that *the Plaintiff is a citizen of and resides in the State of Illinois and that Defendant IdeaVillage Products Corporation is a Corporation in the State of New Jersey and has its principal place of business in the State of New Jersey.*

4.     This Defendant has a good faith belief that the amount in controversy of Plaintiff's action exceeds the jurisdictional amount of Seventy-Five Thousand Dollars ($75,000), exclusive of interests and costs, based on pre-litigation settlement discussions with plaintiff's counsel.

WHEREFORE, the Defendant, IdeaVillage Products Corp., petitions this Honorable Court for the entry of an Order removing the above-captioned lawsuit from the Circuit Court of Cook County, Law Division, to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§1332, 1441 and 1446.

**Defendant, IdeaVillage Products Corp., Demands Trial By Jury**

Respectfully submitted,

Law Offices of Joseph A. Marciniak

By: /s/ David R. Ganfield

David R. Ganfield, 6187588
Law Offices of Joseph A. Marciniak
*Attorneys for IdeaVillage Products Corp.*
200 West Madison Street, Suite 501
Chicago, IL 60606
P: 312-782-7191
F: 877-369-4880
david.ganfield@thehartford.com