#108   EGW\aeg   1/16/2018                                                                                    2017N-0032

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANNETTE DUFFY, Independent Administrator of the Estate of RUTH E. SCHUDA, Deceased,<br><br>           Plaintiff,<br><br>      v.<br><br>IDEAVILLAGE PRODUCTS CORPORATION, a foreign corporation,<br><br>           Defendant. | No.    18-cv-48<br><br>Hon. Ronald A. Guzman |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AT LAW ADDING AS ADDITIONAL PARTY DEFENDANT BLACKSTONE INTERNATIONAL, LTD. WITH SUMMONS TO ISSUE INSTANTER**

Plaintiff, ANNETTE DUFFY, Independent Administrator of the Estate of RUTH E. SCHUDA, Deceased, by her attorneys, CORBOY & DEMETRIO, P.C., pursuant to Federal Rule of Civil Procedure 15, moves this Court for leave to file an Amended Complaint at Law, Instanter.

In support of this Motion, the following is stated:

1.      On November 7, 2017, Plaintiff filed the present action in the Circuit Court of Cook County, Illinois (17 L 11292), naming as party Defendant Ideavillage Products Corporation (IPC). Defendant removed the action to this Court based upon diversity jurisdiction under 28 U.S.C. §1332. (ECF 6, pp. 1-2).

2.      Plaintiff has since learned through Defendant IPC's Answer and Affirmative Defenses to Plaintiff's Complaint at Law that the product which is the subject of this

litigation was manufactured and designed by the foreign corporation Blackstone International, Ltd. ("Blackstone"). (ECF 9-1, p. 2).

3. Plaintiff now moves this Court for leave to file an Amended Complaint at Law, attached hereto as Exhibit A, adding Blackstone as a party Defendant.

4. Plaintiff's motion is timely, as Federal Rule of Civil Procedure 15 provides that a party may amend its pleading once within 21 days after service of a responsive pleading. Fed. R. Civ. P. 15(a) (1). Defendant served its Answer and Affirmative Defenses on January 10, 2018.

5. Plaintiff has not previously amended her Complaint at Law, and thus may amend the complaint once "as a matter of course." Fed. R. Civ. P. 15(a) (1).

6. Federal Rule of Civil Procedure 15 further states that "the court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a) (2). Leave should be freely given in the absence of any apparent or declared reason "such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendment previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." *Foman v. Davis*, 371 U.S. 178, 182 (1962); Fed. R. Civ. P. 15. None of those reasons are present here.

7. This Motion is brought in good faith because Blackstone, as the manufacturer and designer of the allegedly defective product, is a necessary party to this litigation.

8. This amendment will not cause undue delay or prejudice. Given that Defendant filed an affidavit with its Answer stating that Blackstone designed and manufactured the Handy Switch at issue, no prejudice will inure to Defendant by adding Blackstone as a party Defendant.

(ECF 9-1 p. 2). Further, prompt joinder will enable the parties to better comply with the Court's case management procedures prior to the parties' scheduled appearance before this Court on March 7, 2018. (ECF 8, p. 1).

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting Plaintiff leave to file her Amended Complaint (attached as Exhibit A) or other relief as this Court deems appropriate.

Dated: January 16, 2018                           Respectfully submitted,

By: */s/ Edward G. Willer*

Edward G. Willer
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Atty. No. 108

### Certificate of Service

On January 16, 2018, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Northern District of Illinois Eastern Division, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

*/s/ Edward G. Willer*
Edward G. Willer