#108   EGW\aeg   1/16/2018                                                            2017N-0032

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| ANNETTE DUFFY, Independent Administrator of the Estate of RUTH E. SCHUDA, Deceased,<br><br>      Plaintiff,<br><br>  v.<br><br>IDEAVILLAGE PRODUCTS CORPORATION, a foreign corporation; and Blackstone International, Ltd., a foreign corporation,<br><br>      Defendant. | No. 18-cv-48<br><br>Hon. Ronald A Guzman<br><br>DEMAND FOR JURY TRIAL |

## AMENDED COMPLAINT AT LAW

Plaintiff, ANNETTE DUFFY, Independent Administrator of the Estate of RUTH E. SCHUDA, Deceased, by her attorneys, CORBOY & DEMETRIO, P.C., for her Complaint against Defendanst, IDEAVILLAGE PRODUCTS CORPORATION, a foreign corporation, and BLACKSTONE INTERNATIONAL, LTD., a foreign corporation, states:

### Statement of Jurisdiction

This matter, originally filed in the Circuit Court of Cook County, Illinois (17 L 11292), was removed to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §1441 based upon diversity jurisdiction. (ECF 6, pp. 1-2). Diversity of citizenship is not affected by newly joined Defendant, Blackstone International, Ltd., which is incorporated in the state of Maryland and has its principal place of business in Ellicott City, Maryland. (ECF 9-1, p. 2).

## Count I

**Strict Product Liability - Wrongful Death Act - Ideavillage Products Corporation**

1. On and prior to December 17, 2016, Defendant, Ideavillage Products Corporation ("IPC"), was engaged in the business of designing wireless remote switches.

2. On and prior to December 17, 2016, IPC was engaged in the business of manufacturing wireless remote switches.

3. On and prior to December 17, 2016, IPC designed wireless remote switches, including the model known as the Handy Switch Wireless Remote Switch.

4. On and prior to December 17, 2016, IPC manufactured wireless remote switches, including the model known as the Handy Switch Wireless Remote Switch.

5. Prior to December 17, 2016, IPC was in the business of designing and manufacturing a wireless remote switch known as the Handy Switch Wireless Remote Switch.

6. Prior to December 17, 2016, IPC placed a certain "Handy Switch Wireless Remote Switch" into the stream of commerce which was purchased by Plaintiff's decedent at a Walmart store.

7. On December 17, 2016, a fire occurred at 1439 Adams Street, Ottawa, Illinois, sometime after the aforesaid Handy Switch was installed in a wall outlet.

8. On December 17, 2016, and at the time it left the control of IPC, the Handy Switch Wireless Remote Switch was in an unreasonably dangerous condition in one or more of the following ways:

    a. it was designed, manufactured, distributed and sold

                without a protective cap to be placed over the receiver to securely contain any possible fire due to overheating;

    b.    the receiver of said switch (the component that fits into the wall outlet with a built-in night light) which was designed, manufactured and sold, was prone to overheat, causing fires;

    c.    it was designed, manufactured and sold without a safety device to preclude overheating and resultant fires;

    d.    it was designed, manufactured and sold in a manner that would not provide safety or prevent risks in reasonably foreseeable uses; and

    e.    it was designed, manufactured and sold without incorporating a reasonable alternative design which would have substantially reduced the risk of potential overheating and fires.

9.    As a proximate result of one or more of these unreasonably dangerous conditions, Ruth E. Schuda suffered injuries that resulted in her death on December 17, 2016.

10.    At the time of her death, Ruth E. Schuda left surviving her: Annette Duffy, her daughter, and Raymond Schuda, her son, both of whom have sustained loss of society as a result of her death.

11.    Annette Duffy is the duly appointed Independent Administrator of the Estate of Ruth E. Schuda, Deceased, and as such brings this cause of action, pursuant to 740 Illinois Compiled Statutes 180/1 *et seq.*, commonly known as the Wrongful Death Act.

WHEREFORE, ANNETTE DUFFY, Independent Administrator of the Estate of RUTH E. SCHUDA, Deceased, demands judgment against Defendant, IDEAVILLAGE PRODUCTS CORPORATION, a foreign corporation, for a sum in excess of the minimum jurisdictional limit.

## Count II

**Strict Product Liability - Survival - Ideavillage Products Corporation**

1. On and prior to December 17, 2016, Defendant, Ideavillage Products Corporation ("IPC"), was engaged in the business of designing wireless remote switches.

2. On and prior to December 17, 2016, IPC was engaged in the business of manufacturing wireless remote switches.

3. On and prior to December 17, 2016, IPC designed wireless remote switches, including the model known as the Handy Switch Wireless Remote Switch.

4. On and prior to December 17, 2016, IPC manufactured wireless remote switches, including the model known as the Handy Switch Wireless Remote Switch.

5. Prior to December 17, 2016, IPC was in the business of designing and manufacturing a wireless remote switch known as the Handy Switch Wireless Remote Switch.

6. Prior to December 17, 2016, IPC placed a certain "Handy Switch Wireless Remote Switch" into the stream of commerce which was purchased by Plaintiff's decedent at a Walmart store.

7. On December 17, 2016, a fire occurred at 1439 Adams Street, Ottawa, Illinois, sometime after the aforesaid Handy Switch was installed in a wall outlet.

8. On December 17, 2016, and at the time it left the control of IPC, the Handy Switch Wireless Remote Switch was in an unreasonably dangerous condition in one or more of the following ways:

    a. it was designed, manufactured, distributed and sold

        without a protective cap to be placed over the receiver to securely contain any possible fire due to overheating;

    b.    the receiver of said switch (the component that fits into the wall outlet with a built-in night light) which was designed, manufactured and sold, was prone to overheat, causing fires;

    c.    it was designed, manufactured and sold without a safety device to preclude overheating and resultant fires;

    d.    it was designed, manufactured and sold in a manner that would not provide safety or prevent risks in reasonably foreseeable uses; and

    e.    it was designed, manufactured and sold without incorporating a reasonable alternative design which would have substantially reduced the risk of potential overheating and fires.

    9.    As a proximate result of one or more of the foregoing negligent acts or omissions, Plaintiff's decedent, Ruth E. Schuda, sustained injuries of a personal and pecuniary nature, including conscious pain and suffering prior to her death on December 17, 2016, and had she survived, she would have been entitled to bring a cause of action for such personal and pecuniary injuries, and such action has survived her.

    10.    Annette Duffy is the duly appointed Independent Administrator of the Estate of Ruth E. Schuda, Deceased, and as such, brings this cause of action pursuant to 755 Illinois Compiled Statutes 5/27-6, commonly known as the Survival Act.

    WHEREFORE, ANNETTE DUFFY, Independent Administrator of the Estate of RUTH E. SCHUDA, Deceased, demands judgment against Defendant, IDEAVILLAGE PRODUCTS CORPORATION, a foreign corporation, for a sum in excess of the minimum jurisdictional limit.

**Count III**

**Strict Product Liability - Wrongful Death Act - Blackstone International, Ltd.**

1. On and prior to December 17, 2016, Defendant, Blackstone International, Ltd. ("Blackstone"), was engaged in the business of designing wireless remote switches.

2. On and prior to December 17, 2016, Blackstone was engaged in the business of manufacturing wireless remote switches.

3. On and prior to December 17, 2016, Blackstone designed wireless remote switches, including the model known as the Handy Switch Wireless Remote Switch.

4. On and prior to December 17, 2016, Blackstone manufactured wireless remote switches, including the model known as the Handy Switch Wireless Remote Switch.

5. Prior to December 17, 2016, Blackstone was in the business of designing and manufacturing a wireless remote switch known as the Handy Switch Wireless Remote Switch.

6. Prior to December 17, 2016, Blackstone placed a certain "Handy Switch Wireless Remote Switch" into the stream of commerce which was purchased by Plaintiff's decedent at a Walmart store.

7. On December 17, 2016, a fire occurred at 1439 Adams Street, Ottawa, Illinois, sometime after the aforesaid Handy Switch was installed in a wall outlet.

8. On December 17, 2016, and at the time it left the control of Blackstone, the Handy Switch Wireless Remote Switch was in an unreasonably dangerous condition in one or more of the following ways:

   a. it was designed, manufactured, distributed and sold without a protective cap to be placed over the receiver to securely contain any possible fire due to overheating;

   b. the receiver of said switch (the component that fits into the wall outlet with a built-in night light) which was designed, manufactured and sold, was prone to overheat, causing fires;

   c. it was designed, manufactured and sold without a safety device to preclude overheating and resultant fires;

   d. it was designed, manufactured and sold in a manner that would not provide safety or prevent risks in reasonably foreseeable uses; and

   e. it was designed, manufactured and sold without incorporating a reasonable alternative design which would have substantially reduced the risk of potential overheating and fires.

  9. As a proximate result of one or more of these unreasonably dangerous conditions, Ruth E. Schuda suffered injuries that resulted in her death on December 17, 2016.

  10. At the time of her death, Ruth E. Schuda left surviving her: Annette Duffy, her daughter, and Raymond Schuda, her son, both of whom have sustained loss of society as a result of her death.

  11. Annette Duffy is the duly appointed Independent Administrator of the Estate of Ruth E. Schuda, Deceased, and as such brings this cause of action, pursuant to 740 Illinois Compiled Statutes 180/1 *et seq.*, commonly known as the Wrongful Death Act.

  WHEREFORE, ANNETTE DUFFY, Independent Administrator of the Estate of RUTH E. SCHUDA, Deceased, demands judgment against Defendant, BLACKSTONE

INTERNATIONAL, LTD., a foreign corporation, for a sum in excess of the minimum jurisdictional limit.

### Count IV

**Strict Product Liability - Survival - Blackstone International, Ltd.**

1. On and prior to December 17, 2016, Defendant, Blackstone International, Ltd. ("Blackstone"), was engaged in the business of designing wireless remote switches.

2. On and prior to December 17, 2016, Blackstone was engaged in the business of manufacturing wireless remote switches.

3. On and prior to December 17, 2016, Blackstone designed wireless remote switches, including the model known as the Handy Switch Wireless Remote Switch.

4. On and prior to December 17, 2016, Blackstone manufactured wireless remote switches, including the model known as the Handy Switch Wireless Remote Switch.

5. Prior to December 17, 2016, Blackstone was in the business of designing and manufacturing a wireless remote switch known as the Handy Switch Wireless Remote Switch.

6. Prior to December 17, 2016, Blackstone placed a certain "Handy Switch Wireless Remote Switch" into the stream of commerce which was purchased by Plaintiff's decedent at a Walmart store.

7. On December 17, 2016, a fire occurred at 1439 Adams Street, Ottawa, Illinois, sometime after the aforesaid Handy Switch was installed in a wall outlet.

8. On December 17, 2016, and at the time it left the control of Blackstone, the Handy Switch Wireless Remote Switch was in an unreasonably dangerous condition in one or

more of the following ways:

    a.    it was designed, manufactured, distributed and sold without a protective cap to be placed over the receiver to securely contain any possible fire due to overheating;

    b.    the receiver of said switch (the component that fits into the wall outlet with a built-in night light) which was designed, manufactured and sold, was prone to overheat, causing fires;

    c.    it was designed, manufactured and sold without a safety device to preclude overheating and resultant fires;

    d.    it was designed, manufactured and sold in a manner that would not provide safety or prevent risks in reasonably foreseeable uses; and

    e.    it was designed, manufactured and sold without incorporating a reasonable alternative design which would have substantially reduced the risk of potential overheating and fires.

9.    As a proximate result of one or more of the foregoing negligent acts or omissions, Plaintiff's decedent, Ruth E. Schuda, sustained injuries of a personal and pecuniary nature, including conscious pain and suffering prior to her death on December 17, 2016, and had she survived, she would have been entitled to bring a cause of action for such personal and pecuniary injuries, and such action has survived her.

10.    Annette Duffy is the duly appointed Independent Administrator of the Estate of Ruth E. Schuda, Deceased, and as such, brings this cause of action pursuant to 755 Illinois Compiled Statutes 5/27-6, commonly known as the Survival Act.

WHEREFORE, ANNETTE DUFFY, Independent Administrator of the Estate of RUTH E. SCHUDA, Deceased, demands judgment against Defendant, BLACKSTONE INTERNATIONAL, LTD., a foreign corporation, for a sum in excess of the minimum jurisdictional limit.

                                                               */s/ Edward G. Willer*
                                                               Edward G. Willer

Edward G. Willer
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
Firm I.D. No. 108
Primary E-Mail:  ccfiling@corboydemetrio.com