#02329  EGW/mcs/dl    7/2/2019                                    2017S-0032

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Annette Duffy, Independent Administrator of the Estate of Ruth E. Schuda, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>IdeaVillage Products Corporation, a foreign corporation; Blackstone International, Ltd., a foreign corporation; and King Sound Enterprise Co., Ltd., a foreign corporation,<br><br>Defendants. | No.    1:18-cv-00048 |

## ORDER APPROVING SETTLEMENT
## OF SURVIVAL CAUSE OF ACTION AND WRONGFUL DEATH
## CAUSE OF ACTION AND DISTRIBUTION OF SETTLEMENT PROCEEDS

Upon the petition of the plaintiff, through her attorney for the entry of an order to approve this settlement of this Survival Cause of Action in the amount of $625,000.00, and Wrongful Death Cause of Action in the amount of $1,875,000.00 to be paid on behalf of defendants, Blackstone International, Ltd, IdeaVillage Products Corporation, and third-party defendant PFB Center, LLC the court finds as follows:

1. The settlement amount is fair and reasonable.

2. The attorney for the plaintiff, Corboy & Demetrio, P.C., is entitled to fees in the amount of $208,333.33 relative to the Survival Cause of Action and $625,000.00 relative to the Wrongful Death Cause of Action.

3. Petitioner further requests that expenses be allocated between plaintiff's survival and wrongful death claims as follows: $24,116.00 to the survival claim, and $72,348.01 to the wrongful death claim, as itemized below:

|  |  |
|---|---:|
| Court Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 3,056.28 |
| Probate Costs. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 160.00 |
| Mediation Expenses. . . . . . . . . . . . . . . . . . . . . . | 4,285.34 |
| Expert Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 72,182.01 |
| Records Acquisitions . . . . . . . . . . . . . . . . . . . . | 785.45 |
| Deposition Expenses. . . . . . . . . . . . . . . . . . . . . . | 6,259.16 |
| Investigation Expenses. . . . . . . . . . . . . . . . . . . . | 4,317.00 |
| Transportation/Travel Expenses. . . . . . . . . . . . . | 4,648.82 |
| FedEx, Xerox, Postage and Facsimile. . . . . . . . . | 769.95 |
| Total Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 96,464.01 |

4. There are no liens upon any of these settlement proceeds.

5. The net amount distributable to the Estate of Ruth E. Schuda, deceased, relative to the survival cause of action is $392,550.67.

6. The net amount distributable to the estate of Ruth E. Schuda, deceased, relative to the wrongful death cause of action is $1,177,651.99.

7. Petitioner and all legal heirs have agreed to the following degrees of dependency relative to plaintiff's wrongful death cause of action:

| NAME | RELATIONSHIP | % | AMOUNT |
|---|---|---|---|
| **Annette Duffy** | **Adult daughter** | 50 % | $ 588,825.99 |
| **Raymond Schuda** | **Adult son** | 50 % | $ 588,826.00 |

**IT IS THEREFORE ORDERED** that the settlement is approved upon receipt of the sum offered, and Annette Duffy, Independent Administrator of the Estate of Ruth E. Schuda, deceased, is authorized to distribute the proceeds in accordance with the provisions of this order, provided that the amount distributable is approved by the Probate Division, and this order shall be effective only after the entry in the Probate Division of an order approving the bond or other security required to administer the settlement and distribution provided for in this order.

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice and without costs.

**IT IS FURTHER ORDERED** that all Third-Party Actions and Cross-Claims are dismissed with prejudice and without costs.

July 2, 2019

_____
JUDGE

Edward G. Willer
CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 108
egw@corboydemetrio.com